# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| REBUILDABLES CONSTRUCTION, LLC, DONEGAL MUTUAL INSURANCE GROUP AND ATLANTIC STATES INSURANCE CO., | : | No. 79 MAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (CLOUTHIER, UNINSURED EMPLOYERS GUARANTY FUND, ACS CLAIMS SERVICE, 7400 ROOSEVELT APARTMENTS, US ADJUSTMENT CORPORATION AND JOEL BLISS T/A BLISS CONTRACTING), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.

The application for supersedeas is **DENIED**.